UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIGUEL HERREROS TORREZ,
*on behalf of himself,*
*FLSA Collective Plaintiffs*           Case No: 20-cv-08285
*and the Class,*

                Plaintiff,           **RULE 68 JUDGMENT**

                v.

PIER 66 MARITIME INC.
   d/b/a PIER 66 MARITIME BAR & GRILL
   d/b/a PIER 66 MARITIME,
and ANGELA KREVEY,

                Defendants.

---

     **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Pier 66 Maritime, Inc. (incorrectly named herein as "Pier 66 Maritime, Inc. d/b/a Pier 66 Maritime Bar & Grill, d/b/a Pier 66 Maritime") and Angela Krevey (collectively, "Defendants"), having offered to allow Plaintiff Miguel Herreros Torrez ("Plaintiff") to take a judgment against them, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated February 25, 2021 and filed as Exhibit A to Docket No. 27;

     **WHEREAS**, on March 4, 2021, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgement (Docket No. 27);

     It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff in the amount of twelve thousand five hundred dollars ($12,500.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated February 25, 2021, and filed as Exhibit A to Docket Number 27. The Clerk is directed to close this case.

Dated: New York, New York
  March 8 , 2021

_____
J. PAUL OETKEN
United States District Judge